

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN MANUEL VALADEZ, III, | § | No. 08-19-00222-CV |
| Appellant, | § | Appeal from the |
| | § | 65th District Court |
| v. | § | of El Paso County, Texas |
| D.S. and A.A., | § | (TC# 2019DCM5325) |
| Appellees. | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to withdraw his appeal. We construe this as a motion for voluntary dismissal of this appeal. *See* TEX.R.APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP. P. 42.1(d).

September 27, 2019

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)